UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

CyberIQ Systems, Inc

Debtor(s)

Case No. 01-51100-CN
Chapter No. 7

APPLICATION FOR UNCLAIMED DIVIDENDS
AND CERTIFICATE OF SERVICE

I am applying for funds in the amount of **$2,654.26** which have been paid into the court by the trustee in this case for the following creditor:

| | |
|---|---|
| Name: | EMC Compliance Mgmt Group |
| Address: | 1769 Laurentian Way |
| | Sunnyvale, CA 94087 |
| Phone: | 408-821-9004 |
| Last four digits of SS# or Tax ID# | 84-1714197 |

Please check the appropriate box:

\_\_\_\_\_ I am the creditor named above.

\_\_\_\_\_ I hold an ownership interest of _____% in the creditor and my ownership interest is that of _____ (e.g. sole proprietorship, partner, stockholder). I have authority from any and all other parties holding an ownership interest in the creditor to collect funds on behalf of the creditor.

\_\_\_\_\_ I am an employee of the creditor named above and my title is _____. I am authorized by the creditor to file this application and have attached an authorization to collect on behalf of the creditor because I am not an officer of the company or corporation.

**X** I am the legal representative for the creditor named above. I have attached an original, notarized power of attorney which includes the case number, case name, chapter number, dollar amount of claim and the typed name, title (if applicable), address and phone number of the person who signed the power of attorney. A copy business card or statement is attached if the claimant is employed by the creditor. Also, an authorization to collect on behalf of the creditor is attached if the claimant is not an officer of the company or corporation.

**The original disbursement was not presented for payment within 90 days after issuance. The creditor did not receive the check at the address on the Trustee's Report of 670 National Ave, Mountain View, CA 94043 because the company is now inactive.**

\_\_\_\_\_ I am successor in interest, or its legal representative (legal representative must attach a power of attorney as described above) and I have attached documentation which establishes my right to make this claim. Please provide a brief history of the creditor named above and attach documents that clearly establish that the unclaimed funds are included in any sale, merger, transfer or acquisition.

\_\_\_\_\_ I am the heir/legal representative of the creditor who is deceased. I have attached a certified copy of the death certificate and other appropriate documents that support my right to act on behalf of the decedent's estate.

____None of the above apply. I have attached documents that show that I am entitled to the unclaimed funds because:

I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these finds.

On March 27, 2013 I mailed a copy of this application to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, POB 36055, San Francisco, CA 94102

I understand that pursuant to 18 U.S.C. Section 152, I will be fined not more than $5,000.00, or imprisoned not more than five years, or both if I knowingly and fraudulently made any false statements in this document.

*I certify, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.*

_____
Charlene J. Keys

23630 Southeast 440th Street

Enumclaw WA 98022
Address of Creditor/Claimant

March 27, 2013
Date

(360) 825-7300
Telephone Number of Creditor/Claimant

keys@keysresearch.com
Email address of Creditor/Claimant

STATE OF WASHINGTON, COUNTY OF KING:

On March 27, 2013 before me, personally appeared Charlene J. Keys, (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

My commission expires on 9/9/13

(SEAL)